# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2855

_____

United States of America

*Plaintiff - Appellee*

v.

James E. Ledbetter

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: January 31, 2013
Filed: February 7, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

James Ledbetter appeals the judgment entered by the district court[1] after he pleaded guilty to bank fraud, money laundering, and failure to pay tax. His counsel

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), questioning the reasonableness of Ledbetter's sentence. This challenge, however, falls within the scope of the appeal waiver contained in Ledbetter's plea agreement, and the record shows that he knowingly and voluntarily entered into the plea agreement and appeal waiver. Because nothing in the record suggests that enforcement of the waiver would result in a miscarriage of justice, we will enforce the appeal waiver, <u>see</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc), and dismiss this appeal. Counsel's motion to withdraw is granted.

———————————————